UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD E. MILLER, JR.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>J. SULLIVAN, et al.,<br><br>　　Defendants.<br>_____ | 1:06-CV-01352-OWW-DLB-P<br><br>ORDER GRANTING REQUEST FOR SCREENING ORDER<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983 which was removed to the federal court on September 26, 2006. On September 26, 2006, defendants filed a request for the court to screen the complaint pursuant to 28 U.S.C. § 1915 and to issue a screening order. Defendants also requested an extension of time to file a response to the complaint, until after the court's screening order is issued. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　1　　Defendants' request for the court to screen the complaint and to issue a screening order is GRANTED, and the court shall issue a screening order in due time; and

　　2.　　Defendants are GRANTED an extension of time until thirty days from the date of service of the court's screening order in which to file a response to the complaint.

　　IT IS SO ORDERED.

**Dated:　September 29, 2006**　　　　　　　　　**/s/ Dennis L. Beck**
3c0hj8　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE