UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOWARD MILLER, | ) | 1:06 CV 1352 OWW DLB P |
| Plaintiff, | ) ) | ORDER RE PLAINTIFF'S DECLARATION FOR DEFAULT |
| v. | ) ) | ORDER VACATING SCHEDULING CONFERENCE |
| W.J. SULLIVAN, | ) ) | |
| Defendants. | ) | |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. section 1983. The case was removed to this Court on September 26, 2006. On September 29, 2006, the Court granted defendants' request for an extension to file their response to the complaint. The Court ordered defendants to file their response within 30 days of the Court's screening order pursuant to 28 U.S.C. 1915. The Court has not yet issued its screening order.

On November 22, 2006, plaintiff filed a declaration in which he requests that the default of defendants be entered. Plaintiff's request is DENIED. Defendants' time to respond to the complaint has not yet expired as the Court has not yet issued its screening order.

In addition, because the Court has not yet screened the complaint, the scheduling conference scheduling for February 8, 2007 is HEREBY VACATED.

1 IT IS SO ORDERED.

2 **Dated:** **January 8, 2007**                    /s/ **Dennis L. Beck**
3c0hj8                                            UNITED STATES MAGISTRATE JUDGE