UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD MILLER, | 1:06-cv-01352-LJO DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 13) |
| vs. | **ORDER DISMISSING ACTION** |
| J. SULLIVAN, et al., | |
| Defendants. / | |

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 14, 2008, the Magistrate Judge filed Findings and a Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within twenty (20) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation, although plaintiff did file

1

1  a notice of appeal on April 7, 2008.
2       In accordance with the provisions of 28 U.S.C.
3  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
4  <u>de novo</u> review of this case.  Having carefully reviewed the
5  entire file, the Court finds the Findings and Recommendation to
6  be supported by the record and by proper analysis.
7       Accordingly, IT IS HEREBY ORDERED that:
8       1.   The Findings and Recommendation, filed March 14, 2008,
9  are ADOPTED IN FULL; and,
10      2.   This action is DISMISSED in its entirety for failure to
11 state a claim upon which relief can be granted.
12 IT IS SO ORDERED.
13 **Dated:    April 21, 2008**                 /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE